COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROSEMARY HALL, BSN, RN, | § | No. 08-16-00197-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 126th District Court |
| | § | |
| TEXAS BOARD OF NURSING AND | | of Travis County, Texas |
| STATE OFFICE OF | § | |
| ADMINISTRATIVE HEARINGS, | | (TC# D-1-GN-15-002832) |
| | § | |
| Appellees. | | |
| | § | |

## O R D E R

On December 14, 2016, the Court dismissed the above-styled and numbered appeal for lack of prosecution because Appellant did not file her brief or an extension motion. The Court extended the time for Appellant's motion for rehearing to be filed, and it was due to be filed no later than March 1, 2017. Appellant did not file a motion for rehearing by the due date. She instead submitted her brief on the merits, and the brief has been received, but not filed. Appellant has not filed any document which could be construed as requesting an extension of time to file her motion for rehearing, and she has not provided the Court with any explanation for her failure to file her brief when it was originally due. We have reviewed the record before us and do not find any basis for granting rehearing on the Court's own motion.

IT IS SO ORDERED THIS 4TH DAY OF APRIL, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating